Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation Trustee
of the Klein Creditors' Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-bk-10990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | |
| BRADLEY D. SHARP, Liquidation Trustee, | Adv. Case No.: 2:26-ap-01186-NB |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A., | |
| Defendants. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4927-7623-8010.2 78512.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*)**:  NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PENDING THIS COURT'S DETERMINATION OF LIQUIDATION TRUST'S INTEREST IN LIFE INSURANCE POLICY; DECLARATION OF BRADLEY D. SHARP IN SUPPORT THEREOF** is served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 14, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John W Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐　　Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **July 14, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒　　Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 14, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:** | **Via Email:** |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com | Daniel A. Crawford:  dac@crawfordlawgroup.com |
|  | Baruch Cohen: baruchcohen@baruchcohenesq.com |
| Leslie Klein:  les.kleinlaw@gmail.com; | Ron Maroko:  Ron.Maroko@usdoj.gov |
| leskleinlaw@gmail.com; kleinlaw@earthlink.net |  |

☐　　Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4927-7623-8010.2 78512.001                                2

**2. SERVED BY UNITED STATES MAIL**

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | |
| Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Ste. 520<br>Pasadena, CA 91101 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Leslie Klein Life Insurance Irrevocable<br>Trust, dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 |
| Eric J. Olson<br>c/o Leslie Klein Life Insurance<br>Irrevocable Trust, dated 6-01-2021<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, CA 91101 | Leslie Klein<br>6454 Van Nuys Boulevard, Ste 150<br>Van Nuys, California 91401 | The Lincoln National Life Insurance Co.<br>Attn: Jeff Davis; Kathrine Brewer<br>100 N. Greene Street<br>Greensboro, NC 27401 |
| Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 | Wilmington Trust National Association<br>10250 Constellation Blvd. Ste. 250<br>Los Angeles, CA 90067 | Wilmington Trust, NA<br>300 Park Street, Suite 390<br>Birmingham, MI 48009 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Baruch Cohen<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Ste 940<br>Los Angeles, CA 90010 | Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Yocav Lunger, Trustee of Leslie Klein<br>Life Insurance Irrevocable Trust, dated<br>6-01-2021<br>12618 Killion Street<br>Valley Village, CA 91607 | Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Daniel A. Crawford<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4927-7623-8010.2 78512.001