| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jlucas@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Counsel to Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>      LESLIE KLEIN,<br><br>                              Debtor(s) | CASE NO.:  2:23-bk-10990-NB<br>CHAPTER: 11<br><br>ADV. CASE NO. 2:26-ap-01186-NB |
|---|---|
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                              Plaintiff,<br><br>      vs.<br><br>LESLIE KLEIN, *et al*.,<br><br>                              Defendants. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*):<br><br>**MOTION FOR PRELIMINARY INJUNCTION PENDING THIS COURT'S DETERMINATION OF LIQUIDATION TRUST'S INTEREST IN LIFE INSURANCE POLICY** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION PENDING THIS COURT'S DETERMINATION OF LIQUIDATION TRUST'S INTEREST IN LIFE INSURANCE POLICY AND KLEIN TRUST** was lodged on (*date*) <u>August 5, 2026</u> and is attached hereto. This order relates to the Motion which is docket number <u>  3  </u>.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

*d*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:23-bk-10990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | |
| BRADLEY D. SHARP, Liquidation Trustee, | Adv. Case No.: 2:26-ap-01186-NB |
| Plaintiff,<br>v. | **ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION PENDING THIS COURT'S DETERMINATION OF LIQUIDATION TRUST'S INTEREST IN LIFE INSURANCE POLICY AND KLEIN TRUST** |
| LESLIE KLEIN, LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A., | [Relates to Docket No. 3]<br><br>DATE:    August 4, 2026<br>TIME:    2:00 p.m.<br>PLACE:   255 East Temple Street,<br>              Los Angeles, California<br>CTRM:    1545 (*or via Zoom per posted procedures*) |
| Defendants. | |

The Court, having considered the *Motion for Preliminary Injunction Pending This Court's Determination Of Liquidation Trust's Interest In Life Insurance Policy* [Docket No. 3] (the "**Motion**")[1], filed by Bradley D. Sharp, in his capacity as liquidation trustee of the Klein Creditors'

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

Liquidation Trust, and for the reasons set forth by the Court in the attached tentative ruling, which is incorporated as the actual ruling, and with good cause shown,

IT IS HEREBY ORDERED:

1.     The Motion is **GRANTED** as set forth herein.

2.     Absent further order of the Court, Leslie Klein, the Leslie Klein Life Insurance Irrevocable Trust dated 6-01-2021 (the "**Klein Trust**"), Yacov Lunger, and the Congregation of Zwehil Monsey are hereby enjoined from (a) transferring any interest in life insurance policy No. JJ7033900 issued by Lincoln National Life Insurance Company (the "**Policy**"), or the proceeds thereof, (b) altering their rights, if any, to the Policy or the proceeds thereof, and (c) altering the Klein Trust with respect to the Policy or otherwise.

3.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, August 4, 2026**                                                    **Hearing Room    1545**

<u>2:00 PM</u>
**2:23-10990    Leslie Klein**                                                           **Chapter 11**
Adv#: 2:26-01186        Sharp, Liquidation Trustee v. Klein et al

   **#7.00**    Status Conference re: Complaint for Declaratory and Injunctive
              Relief Regarding The Life Insurance Policy #JJ7033900
              Issued by Lincoln National Life Insurance Company

                                    Docket        1

**Tentative Ruling:**

   **Tentative Ruling for 8/4/26:**
   Grant the Motion for Preliminary Injunction as to all defendants other than
   Wilmington Trust, N.A.; continue the hearing on the Motion for Preliminary
   Injunction as to Wilmington Trust, N.A.; and continue the status conference
   as set forth below.  <u>Appearances are not required</u> on 8/4/26.

   If you are making an appearance, you may do so (1) in person in the
   courtroom, unless the Court has been closed (check the Court's website for
   public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone.  For
   ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the
   posted Tentative Rulings.

   (1) <u>Current issues</u>
        (a) <u>Complaint (adv. dkt. 1); Motion for Preliminary Injunction Pending</u>
   <u>this Court's determination of Liquidation Trust's Interest In Life Insurance</u>
   <u>Policy (adv. dkt. 3, the, "Motion for Preliminary Injunction"); proof of service of</u>
   <u>Motion for Preliminary Injunction (adv. dkt. 6); proof of service of summons</u>
   <u>(adv. dkt. 8)</u>.
        Grant the Motion for Preliminary Injunction for the reasons stated in the
   motion (adv. dkt. 3) and the supporting papers attached thereto as to all
   defendants except as to Wilmington Trust, N.A.  Continue the hearing on the
   Motion for Preliminary Injunction as to Wilmington Trust, N.A. for the reasons
   set forth in part "(1)(b)" below to the same date and time as the continued
   status conference set forth in part "(2)(c)" below.

        (b) <u>The tentative ruling is that notice is insufficient as to Wilmington</u>
   <u>Trust, N.A.</u>

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, August 4, 2026**                                          **Hearing Room      1545**

<u>2:00 PM</u>
**CONT...        Leslie Klein**                                                          **Chapter 11**

The tentative ruling is that, as to Wilmington Trust, N.A., the proof of service of the summons (adv. dkt. 8) does not comply with the applicable rules.  This Court understands that Wilmington Trust, N.A. is a bank (see https://banks.data.fdic.gov/bankfind-suite/bankfind).  Unless an exception under Rule 7004(h)(1)-(3) (Fed. R. Bankr. P.) applies, service to banks must be addressed to a <u>bank officer</u>, via <u>certified mail</u>, at an address that appears to be reasonably calculated to reach the officer -- *e.g.,* the address listed for banks on the FDIC website is sufficient (https://banks.data.fdic.gov/bankfind-suite/bankfind), whereas a P.O. Box used for payments is insufficient.  *See* Rule 7004(h) (Fed. R. Bankr. P.).  Note: Judge Bason does not require that a specific individual be named -- "Attn: Officer" is sufficient.

Based on the proof of service of the summons (adv. dkt. 8), it appears that Wilmington Trust, N.A. was not served in accordance with Rule 7004(h) (Fed. R. Bankr. P.).  As such, the tentative ruling is to set a **deadline of 8/18/26** for Plaintiff to have completed all of the following: (i) obtain Another Summons (also known as an "alias summons") from the Clerk by filing mandatory local form F 7004-1.2.REQUEST.ANOTHER.SUMMONS and waiting for the Clerk to issue Another Summons; (ii) timely serve the newly issued Another Summons and Complaint (adv. dkt. 1) on Defendant/Debtor in accordance with the requirements of Rule 7004 (Fed. R. Bankr. P.); and (iii) file a proof of service establishing proper service of the newly issued Another Summons and the Complaint (adv. dkt. 1) and notice of the continue hearing.

<u>Proposed order(s)</u>: Unless otherwise ordered, Plaintiff is directed to lodge proposed order(s) on the matter(s) addressed here via LOU within 7 days after the hearing date (per LBR 9021-1(b)(1)(B)) and attach a copy of this tentative ruling, thereby incorporating it as this Court's actual ruling.

(2) <u>Standard requirements</u>
The following are Judge Bason's standard requirements for status conferences.  (To the extent that the parties have already addressed these issues in their status report, they need not repeat their positions at the status conference.)

(a) <u>Venue/jurisdiction/authority</u>
[Intentionally omitted.]

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

---

**Tuesday, August 4, 2026**                                         **Hearing Room    1545**

---

2:00 PM
**CONT...**      **Leslie Klein**                                              **Chapter 11**

(b) Mediation
[Intentionally omitted.]

(c) Deadlines
This adversary proceeding has been pending since 7/10/26.  Because there is no indication that Wilmington Trust, N.A. has been properly served (see part "(1)(b)," above), the tentative ruling is that it would be premature to set litigation deadlines (other than a continued status conference).
Joint Status Report: 9/1/26.
Continued status conference:  9/15/26 at 11:00 a.m.

| Party Information |
|---|

**Debtor(s):**

Leslie  Klein                                  Pro Se

**Defendant(s):**

Leslie  Klein                                  Pro Se

Lincoln National Life Insurance                Pro Se

The Leslie Klein Life Insurance                Pro Se

Yacov Lunger as Trustee of the                 Pro Se

Congregation of Zwehil Monsey                  Pro Se

Robert And Esther Mermelstein                  Pro Se

Wilmington Trust, N.A.                         Pro Se

**Plaintiff(s):**

Bradly D. Sharp, Liquidation Trustee     Represented By
                                           John W Lucas

**Trustee(s):**

Bradley D. Sharp (TR)                    Represented By
                                           Jeffrey W Dulberg
                                           Jeffrey N Pomerantz

---

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, August 4, 2026**                                                  **Hearing Room    1545**

<u>2:00 PM</u>
**CONT...      Leslie Klein**                                                               **Chapter 11**

John W Lucas
Jeffrey P Nolan
  Pachulski Stang Ziehl & Jones LLP

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Neil Bason, Presiding
### Courtroom 1545 Calendar

---

**Tuesday, August 4, 2026**                                   **Hearing Room    1545**

---

2:00 PM
**2:23-10990    Leslie Klein**                                              **Chapter 11**

Adv#: 2:26-01186        Sharp, Liquidation Trustee v. Klein et al

> **#8.00**    Hrg re: Motion for Preliminary Injunction Pending This Court's Determination
> of Liquidation Trust's Interest in Life Insurance Policy

> Docket        3

**Tentative Ruling:**

> Please see the tentative ruling for the status conference in this adversary
> proceeding (Calendar No. 7, 8/4/26 at 2:00 p.m.).

| Party Information |
|---|

**Debtor(s):**

   Leslie  Klein                                 Pro Se

**Defendant(s):**

   Leslie  Klein                                 Pro Se

   Lincoln National Life Insurance               Pro Se

   The Leslie Klein Life Insurance               Pro Se

   Yacov Lunger as Trustee of the                Pro Se

   Congregation of Zwehil Monsey                 Pro Se

   Robert And Esther Mermelstein                 Pro Se

   Wilmington Trust, N.A.                        Pro Se

**Plaintiff(s):**

   Bradly D. Sharp, Liquidation Trustee       Represented By
                                                 John W Lucas

**Trustee(s):**

   Bradley D. Sharp (TR)                      Represented By
                                                 Jeffrey W Dulberg
                                                 Jeffrey N Pomerantz

---

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, August 4, 2026**                                    **Hearing Room     1545**

2:00 PM
**CONT...      Leslie Klein**                                                    **Chapter 11**

John W Lucas
Jeffrey P Nolan
  Pachulski Stang Ziehl & Jones LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 5, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **August 5, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 5, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson: eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | **Via Email:**<br>Daniel A. Crawford:  dac@crawfordlawgroup.com<br>Baruch Cohen: baruchcohen@baruchcohenesq.com<br>Ron Maroko:  Ron.Maroko@usdoj.gov |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA  90017 | Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | |
| Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Ste. 520<br>Pasadena, CA 91101 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Leslie Klein Life Insurance Irrevocable<br>Trust, dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 |
| Eric J. Olson<br>c/o Leslie Klein Life Insurance<br>Irrevocable Trust, dated 6-01-2021<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, CA 91101 | Leslie Klein<br>6454 Van Nuys Boulevard, Ste 150<br>Van Nuys, California 91401 | The Lincoln National Life Insurance Co.<br>Attn: Jeff Davis; Kathrine Brewer<br>100 N. Greene Street<br>Greensboro, NC 27401 |
| Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 | Wilmington Trust National Association<br>10250 Constellation Blvd. Ste. 250<br>Los Angeles, CA 90067 | Wilmington Trust, NA<br>300 Park Street, Suite 390<br>Birmingham, MI 48009 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Baruch Cohen<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Ste 940<br>Los Angeles, CA 90010 | Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Yocav Lunger, Trustee of Leslie Klein<br>Life Insurance Irrevocable Trust, dated<br>6-01-2021<br>12618 Killion Street<br>Valley Village, CA 91607 | Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Daniel A. Crawford<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.