Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust*

FILED & ENTERED

AUG 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11 |
| BRADLEY D. SHARP, Liquidation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A.<br><br>Defendants. | Adv. Case No.: 2:26-ap-01186-NB<br><br>**ORDER APPROVING STIPULATION BY AND AMONG PLAINTIFF, LIQUIDATION TRUSTEE, AND DEFENDANTS, WILMINGTON TRUST, N.A., AND ROBERT AND ESTHER MERMELSTEIN, THE CONGREGATION, AND LINCOLN NATIONAL LIFE INSURANCE COMPANY, REGARDING THE COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>[No Hearing Required] |

The Court, having read and considered the *Stipulation By and Among Plaintiff, Liquidation Trustee, and Defendants, Wilmington Trust, N.A., and Robert and Esther Mermelstein, the Congregation, and Lincoln National Life Insurance Company, Regarding the Complaint and Motion for Preliminary Injunction* [Docket No. 12] (the "Stipulation") filed by Bradley D. Sharp, as Liquidation Trustee for the Klein Creditors' Liquidation Trust; and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

# # #

Date: August 19, 2026

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA