| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>John W. Lucas (CA State Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br>Facsimile: 310-201-0760<br>Email: dulberg@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>*Attorneys for: Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | |
| In re<br><br>LESLIE KLEIN,<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-NB<br><br>ADVERSARY NO.: 2:26-ap-01186-NB<br><br>CHAPTER 11 |
| BRADLEY D. SHARP, Liquidation Trustee,<br><br>Plaintiff(s).<br><br>vs.<br><br>LESLIE KLEIN, LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A.<br><br>Defendants. | **UNILATERAL<br>STATUS REPORT<br>[LBR 7016-1(a) (3)**<br><br>DATE: September 15, 2026<br>TIME: 11:00 a.m.<br>COURTROOM: 1545<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |

Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust, submits this Unilateral Status Report in accordance with LBR 7016-1(a)(3):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**In response to Question No. 2:**

**The Congregation of Zwehil Monsey has not yet filed a response. That defendant asked for additional time to respond, which was approved by stipulation and order [Docket Nos. 12 and 15]. The deadline to respond is now September 23, 2026.**

**Leslie Klein, The Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021, Yacov Lunger as Trustee of the The Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021 have not filed responses.**

**In response to Question No. 3:**

**Plaintiff expects to file a motion for default judgment against the parties that have not timely responded to the complaint and summons.**

**In response to Question No. 4:**

**Plaintiff has stipulated with all parties other than those that have not filed timely responses to the complaint and summons. At this juncture, plaintiff does not believe it will be productive to meet with defendants counsel because they will not respond to the complaint.**

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| **60 to 90 days, assuming a trial is necessary. Plaintiff does not expect that the non-responsive defendants will cooperate. If discovery is necessary, plaintiff estimates that more time might be necessary.** | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| | |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| **60 to 90 days, assuming a trial is necessary. Plaintiff does not expect that the non-responsive defendants will cooperate. If discovery is necessary, plaintiff estimates that more time might be necessary.** | |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| **Unknown at this time.** | |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| **Four hours** | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| **Four to five** | |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| **Unknown at this time.** | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>**January 2, 2027** | Pretrial conference should be set after:<br>(*date*) ___________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

**No settlement discussions have taken place. Plaintiff does not believe that settlement discussions would be productive.**

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 9-1-2026

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

*/s/ John W. Lucas*
Signature

John W. Lucas
Printed name

Attorney for: Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9-1-26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- John W Lucas lucas@pszjlaw.com, ocarpio@pszjlaw.com
- Nikko Salvatore Stevens nikko@cym.law; eService@cym.law; karen@cym.law; sarah@cym.law; grace@cym.law; kate@cym.law
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9-1-26, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9-1-26 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. <u>SERVED BY UNITED STATES MAIL</u>**

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | |
| Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Ste. 520<br>Pasadena, CA 91101 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 |
| Eric J. Olson<br>c/o Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, CA 91101 | Leslie Klein<br>6454 Van Nuys Boulevard, Ste 150<br>Van Nuys, California 91401 | The Lincoln National Life Insurance Co.<br>Attn: Jeff Davis; Kathrine Brewer<br>100 N. Greene Street<br>Greensboro, NC 27401 |
| Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 | Wilmington Trust National Association<br>10250 Constellation Blvd. Ste. 250<br>Los Angeles, CA 90067 | Wilmington Trust, NA<br>300 Park Street, Suite 390<br>Birmingham, MI 48009 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Baruch Cohen<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Ste 940<br>Los Angeles, CA 90010 | Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Yocav Lunger, Trustee of Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>12618 Killion Street<br>Valley Village, CA 91607 | Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Daniel A. Crawford<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |