Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidation Trustee
of the Klein Creditors' Liquidation Trust

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:26-ap-01186-NB |
| BRADLEY D. SHARP, Liquidation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE KLEIN, LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT AND ESTHER MERMELSTEIN, AND WILMINGTON TRUST, N.A.,<br><br>Defendants. | **STATUS REPORT OF BRADLEY D. SHARP, LIQUIDATION TRUSTEE OF THE KLEIN CREDITORS' LIQUIDATION TRUST**<br><br>Date: October 20, 2026<br>Time: 2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>Courtroom 1545<br>255 E. Temple St.<br>Los Angeles, CA 90012<br>Judge: Hon. Neil W. Bason |



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Plaintiff, Bradley D. Sharp, the Liquidation Trustee of the Klein Creditors' Liquidating Trust (the "**Liquidation Trustee**" or "**Plaintiff**")[1] hereby submits this status report and respectfully states as follows:

1. All issues as to defendants Lincoln National Life Insurance Company, Robert and Esther Mermelstein, and Wilmington Trust, N.A. have been resolved as set forth in the stipulation [Adv. Docket No. 12] (the "**Stipulation**") that was approved by the court [Adv. Docket No. 15].

2. The Liquidation Trustee filed a Motion for Default Judgment against defendants Leslie Klein, the Leslie Klein Life Insurance Irrevocable Trust Date 6-01-21, and Yacov Lunger as Trustee of the Leslie Klein Life Insurance Irrevocable Trust Dated 6-01-2021. [Adv. Docket No. 19] (the "**Motion for Default Judgment**"). The deadline to respond to the Motion for Default Judgment is October 6, 2026.

3. As to defendant Congregation of Zwehil Monsey, the Liquidation Trustee is awaiting a response as set forth in the Stipulation.

Dated: October 6, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ John W. Lucas*
John W. Lucas
Attorneys for Plaintiff Bradley D. Sharp, Liquidating Trustee of the Klein Creditors' Liquidation Trust

[1] On April 28, 2026, the Court entered the *Order Confirming Third Amended Chapter 11 Plan, As Modified, Of The Estate of Leslie Klein and Setting Post-Confirmation Status Conference* [Docket No. 1366]. The Plan went effective on May 1, 2026 [*See*, Docket No. 1373], with Bradley D. Sharp serving as the Liquidating Trustee of the Klein Creditors' Liquidation Trust.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify)* **STATUS REPORT OF BRADLEY D. SHARP, LIQUIDATION TRUSTEE OF THE KLEIN CREDITORS' LIQUIDATION TRUST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 6, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **John W Lucas lucas@pszjlaw.com, oca1pio@pszjlaw.com**
- **Nikko Salvatore Stevens nikko@cym.law; eSe1vice@cym.law; karen@cym.law; sarah@cym.law; grace@cym.law; kate@cym.law**
- **United States Tmstee (LA) ustpregionl6.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 6, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 6, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL**

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | |
| Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Ste. 520<br>Pasadena, CA 91101 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 |
| Eric J. Olson<br>c/o Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, CA 91101 | Leslie Klein<br>6454 Van Nuys Boulevard, Ste 150<br>Van Nuys, California 91401 | The Lincoln National Life Insurance Co.<br>Attn: Jeff Davis; Kathrine Brewer<br>100 N. Greene Street<br>Greensboro, NC 27401 |
| Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 | Wilmington Trust National Association<br>10250 Constellation Blvd. Ste. 250<br>Los Angeles, CA 90067 | Wilmington Trust, NA<br>300 Park Street, Suite 390<br>Birmingham, MI 48009 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Baruch Cohen<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Ste 940<br>Los Angeles, CA 90010 | Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Yocav Lunger, Trustee of Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>12618 Killion Street<br>Valley Village, CA 91607 | Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Daniel A. Crawford<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |