Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

LESLIE KLEIN,

Debtor(s)

CASE NO.: 2:23-bk-10990-SK

CHAPTER: 11

BRADLEY D. SHARP, Chapter 11 Trustee,

Plaintiff,

v.

LESLIE KLEIN, LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A.,

Defendant.

Adv. Case No.: 2:26-ap-01186-NB

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY ADVERSARY PROCEEDING RE:** (*title of motion*[1])

***Plaintiff's Motion for Default Judgment under LBR 7055-1 [Docket No. 19]***

PLEASE TAKE NOTE that the order titled ***ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT***

was lodged on (*date*) October 21, 2026 and is attached hereto as **Exhibit A**.

[1] Please abbreviate if title cannot fit into text field.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104-4436**

A true and correct copy of the foregoing document entitled (*specify):* ***NOTICE OF LODGMENT OF ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 21, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) ____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 21, *2026* | Oliver Carpio | */s/ Oliver Carpio* |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
**Case 2:26-ap-01186-NB**

- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Nikko Salvatore Stevens nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,jodie@cym.law,diana@cym.law,jhagen@cym.law
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

# EXHIBIT A

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:26-ap-01186-NB |
| BRADLEY D. SHARP, Liquidation Trustee,<br><br>Plaintiff,<br>v.<br><br>LESLIE KLEIN, LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A.,<br><br>Defendants. | **ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date: October 20, 2026<br>Time: 2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>Courtroom 1545<br>255 E. Temple St.<br>Los Angeles, CA 90012<br>Judge: Hon. Neil W. Bason |

The Court having considered *Plaintiff's Motion for Default Judgment under LBR 7055*-1 [Docket No. 19] (the "Motion") and good cause appearing therefor,

**IT IS ORDERED** that:

1. Motion is Granted for the reason stated in the Motion and in the Court's tentative ruling annexed hereto as **Exhibit A**, which is incorporated as the Court's final ruling.

2. Plaintiff is directed to submit form of judgment.

3. The Court retains jurisdiction to interpret and enforce the terms of this Order.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT A**

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, October 20, 2026** **Hearing Room 1545**

2:00 PM
**2:23-10990 Leslie Klein** **Chapter 11**
Adv#: 2:26-01186 Sharp, Liquidation Trustee v. Klein et al

**#13.00** Cont'd Status Conference re: Complaint for Declaratory and Injunctive Relief Regarding The Life Insurance Policy #JJ7033900
Issued by Lincoln National Life Insurance Company
fr. 08/04/26, 09/15/26

Docket 1

**Tentative Ruling:**

**Tentative Ruling for 10/20/26:**
Grant Plaintiff's motion for default judgment and continue the status conference, as set forth below. Appearances are not required on 10/20/26. (If you wish to contest the tentative ruling, see the Posted Procedures of Judge Bason, available at www.cacb.uscourts.gov, then search for "tentative rulings.")

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For ZoomGov instructions for all matters on calendar, please see page 1 of the posted Tentative Rulings.

(1) Current issues
(a) Motion for default judgment and related papers (adv. dkt. 19 & 20, "Default Judgment Motion"); no opposition on file
The tentative ruling is to (x) grant Plaintiff's Default Judgment Motion (adv. dkt. 19) for the reasons stated therein, and (y) continue the status conference as set forth below.

Proposed order(s): Unless otherwise ordered, Plaintiff is directed to lodge (x) a proposed order granting the Default Judgment Motion, and (y) a proposed judgment via LOU within 7 days after the hearing date (per LBR 9021-1(b)(1)(B)) and attach a copy of this tentative ruling, thereby adopting it as this Court's actual ruling.

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, October 20, 2026** **Hearing Room 1545**

2:00 PM
**CONT... Leslie Klein** **Chapter 11**

(2) Standard requirements

(a) Venue/jurisdiction/authority
[Intentionally omitted].

(b) Mediation
[Intentionally omitted].

(c) Deadlines
This adversary proceeding has been pending since 7/10/26.
Status Report(s): 11/17/26
Continued status conference: 12/1/26 at 2:00 p.m.

**[PRIOR TENTATIVE RULING(S) OMITTED]**

**Party Information**

**Debtor(s):**

| | |
|---|---|
| Leslie Klein | Pro Se |

**Defendant(s):**

| | |
|---|---|
| Robert And Esther Mermelstein | Pro Se |
| Wilmington Trust, N.A. | Pro Se |
| Leslie Klein | Pro Se |
| Lincoln National Life Insurance | Pro Se |
| The Leslie Klein Life Insurance | Pro Se |
| Yacov Lunger as Trustee of the | Pro Se |
| Congregation of Zwehil Monsey | Pro Se |

**Plaintiff(s):**

| | |
|---|---|
| Bradly D. Sharp, Liquidation Trustee | Represented By<br>John W Lucas |

**Trustee(s):**

| | |
|---|---|
| Bradley D. Sharp (TR) | Represented By |

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, October 20, 2026** **Hearing Room 1545**

2:00 PM
**CONT...** **Leslie Klein** **Chapter 11**

Jeffrey W Dulberg
Jeffrey N Pomerantz
John W Lucas
Jeffrey P Nolan
Pachulski Stang Ziehl & Jones LLP

# United States Bankruptcy Court
# Central District of California
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Tuesday, October 20, 2026** **Hearing Room 1545**

2:00 PM
**2:23-10990 Leslie Klein** **Chapter 11**
Adv#: 2:26-01186 Sharp, Liquidation Trustee v. Klein et al

**#14.00** Hrg re: Plaintiff's Motion for Default Judgment Under LBR 7055-1

Docket 19

**Tentative Ruling:**

Please see the tentative ruling for the adversary proceeding status conference (Calendar No. 13, 10/20/26 at 2:00 p.m.).

**Party Information**

**Debtor(s):**

| | |
|---|---|
| Leslie Klein | Pro Se |

**Defendant(s):**

| | |
|---|---|
| Leslie Klein | Pro Se |
| Lincoln National Life Insurance | Pro Se |
| The Leslie Klein Life Insurance | Pro Se |
| Yacov Lunger as Trustee of the | Pro Se |
| Congregation of Zwehil Monsey | Pro Se |
| Robert And Esther Mermelstein | Pro Se |
| Wilmington Trust, N.A. | Pro Se |

**Plaintiff(s):**

| | |
|---|---|
| Bradly D. Sharp, Liquidation Trustee | Represented By<br>John W Lucas |

**Trustee(s):**

| | |
|---|---|
| Bradley D. Sharp (TR) | Represented By<br>Jeffrey W Dulberg<br>Jeffrey N Pomerantz<br>John W Lucas |

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Neil Bason, Presiding
## Courtroom 1545 Calendar

**Tuesday, October 20, 2026** **Hearing Room 1545**

2:00 PM
**CONT...** **Leslie Klein** **Chapter 11**

Jeffrey P Nolan
Pachulski Stang Ziehl & Jones LLP