Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

☐ Debtor(s) appearing without attorney
☒ Attorney for Plaintiff Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust

FOR COURT USE ONLY

FILED & ENTERED

OCT 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

Debtor.

CASE NO.: 2:23-bk-10990-NB
CHAPTER: 11
ADVERSARY NO.: 2:26-ap-01186-NB

**DEFAULT JUDGMENT**
**(WITHOUT PRIOR JUDGMENT)**

DATE: October 20, 2026
TIME: 2:00 p.m.
COURTROOM: 1545
PLACE: 255 E. Temple Street
Los Angeles, CA 90012

BRADLEY D. SHARP, Liquidation Trustee,

Plaintiff,

vs.

LESLIE KLEIN, LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, YACOV LUNGER AS TRUSTEE OF THE LESLIE KLEIN LIFE INSURANCE IRREVOCABLE TRUST DATED 6-01-2021, CONGREGATION OF ZWEHIL MONSEY, ROBERT ESTHER AND MERMELSTEIN, AND WILMINGTON TRUST, N.A.,

Defendants.

Based on the Defendants' failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment ~~shall be~~ is hereby entered in favor of Plaintiff Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust (the "Liquidation Trust"), and against Defendants Leslie Klein, The Leslie Klein Life Insurance Irrevocable Trust Dated 6-01-2021, and Yacov Lunger as Trustee of the Leslie Klein Life Insurance Irrevocable Trust Dated 6-01-2021

2. a. ☐ Plaintiff is awarded damages in the following amount: $
b. ☐ Plaintiff is awarded costs in the following amount: $
c. ☐ Plaintiff is awarded attorney fees in the following amount: $
d. ☐ Plaintiff is awarded interest at the rate of % per year from the following date to the date of entry of this judgment (specify date from which interest shall begin to run):

e. ☒ Plaintiff is granted the following relief (specify):

Entry of a judgment that determines the Liquidation Trust holds no less than a 9% beneficiary interest in life insurance policy #JJ7033900 issued by Lincoln National Life Insurance Company (the "Policy") and in the proceeds therefrom, all as set forth more fully on the attached page.

☒ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a)
☐ Other (specify):

4. ☒ The court further orders:
☒ See attached page

**ATTACHMENT TO DEFAULT JUDGMENT**
**(Paragraphs 2(e) and 4)**

Adversary No. 2:26-ap-01186-NB

Defendants Leslie Klein ("**Klein**"), The Leslie Klein Life Insurance Irrevocable Trust Dated 6-01-2021 (the "**Klein Trust**"), and Yacov Lunger, solely in his capacity as Trustee of the Klein Trust ("**Lunger**," and together with Klein and the Klein Trust, the "**Defaulting Defendants**"), having been duly served with the Summons and Complaint; no answer or other response having been filed or served by any of the Defaulting Defendants; and good cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. **Declaration of Interest in the Policy.** The Klein Creditors' Liquidation Trust (the "**Liquidation Trust**") holds, and is hereby declared to hold, no less than a nine percent (9%) beneficiary interest in life insurance policy #JJ7033900 issued by Lincoln National Life Insurance Company (the "Policy"), and no less than a nine percent (9%) interest in the proceeds of the Policy, and such interest shall be administered in accordance with the Plan [Docket No. 1350].

2. **Relief as to Defendant Leslie Klein.** As against Defendant Leslie Klein, the Liquidation Trust's interest in the Policy, the proceeds of the Policy, as declared in Paragraph 1 above, shall be administered in accordance with the Plan [Docket No. 1350].

3. **Relief as to Defendant The Leslie Klein Life Insurance Irrevocable Trust Dated 6-01-2021.** As against Defendant The Leslie Klein Life Insurance Irrevocable Trust Dated 6-01-2021, the Liquidation Trust's interest in the Policy, the proceeds of the Policy, as declared in Paragraph 1 above, and shall be administered in accordance with Plan [Docket No. 1350].

4. **Relief as to Defendant Yacov Lunger, as Trustee.** As against Defendant Yacov Lunger, solely in his capacity as Trustee of the Klein Trust, the Liquidation Trust's interest in the Policy, the proceeds of the Policy, and the Klein Trust as declared in Paragraph 1 above , and shall be administered in accordance with the Plan [Docket No. 1350].

5. **Binding Effect.** This Judgment is binding upon each of the Defaulting Defendants and upon their respective successors, assigns, transferees, agents, and any person or entity acting in concert or participation with them who receives actual notice of this Judgment.

6. **No Determination as to Non-Defaulting Parties.** Nothing in this Judgment determines the rights, claims, or interests of any party other than the Defaulting Defendants, and all such rights, claims, and interests are expressly reserved.

7. **Retention of Jurisdiction.** This court retains jurisdiction to interpret, implement, and enforce the terms of this Judgment.

###

Date: October 23, 2026

Neil W. Bason
United States Bankruptcy Judge